**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OWNER/AGENT@DUDEOFNEWYORK,

                Plaintiff,

-against-                                              25 **CIVIL** 6007 (LLS)

                                                                     **<u>JUDGMENT</u>**

THE U.S. GOVERNMENT STATE/ PROVINCE
(.GOV); CALIFORNIA (CA.GOV)
(@CAGOVERNOR); GEORGIA
(GEORGIA.GOV)(GOVERNOR.GEORGIA.GO);
ILLINOIS (ILLINOIS.GOV); NEW YORK
(NY.GOV); DELAWARE (DELAWARE.GOV);
VIRGINIA (VIRGINIA.GOV); SOUTH DAKOTA
(SD.GOV); UTAH (UTAH.GOV); NORTH
CAROLINA (NC.GOV); NJ (NJ.GOV),

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 21, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed. 28 U.S.C. § 1915(e)(2)(B)(i) – (iii); Fed. R. Civ. P. 12(h)(3). The Court warns Plaintiff that further meritless litigation in this district may result in an order barring him from filing new actions IFP unless he first obtains permission from the court. *See* 28 U.S.C. § 1651.  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

      August 22, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

**BY:**                          *K. Mango*

                                                                   **Deputy Clerk**